UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-10623 PSG (RZ) | Date | February 21, 2014 |
|---|---|---|---|
| Title | WILLIAM SADOWSKI v. RANDY GROUNDS, Warden | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorney Present for Petitioner: | | Attorney Present for Respondent: |
| N/A | | N/A |

**Proceedings:**   In Chambers –
**ORDER TO SHOW CAUSE RE FAILURE TO FILE STATUS REPORT**

On September 17, 2013, the Court granted Petitioner's motion to stay this action upon his filing of a fully-exhausted "placeholder" First Amended Petition (1AP). As one of several conditions of the stay, the Court required Petitioner to file Status Reports every 60 days. If the stay conditions were not met, the Court warned, "then the stay may be lifted, leaving the action to proceed on the 1AP without further opportunity for amendment." Petitioner, who is represented by counsel, timely filed his Status Report on November 18, 2013, but has not filed one in the three months since then.

Accordingly, the Court ORDERS Petitioner TO SHOW CAUSE within 10 days why the Court should not (1) lift the stay and proceed on the 1AP without further opportunity for amendment; and/or (2) impose monetary or other appropriate sanctions.

In light of the fact that this is Petitioner's first such default, the Court anticipates discharging this show-cause order if, within the time for responding, he files a proper Status Report. If Petitioner defaults hereafter, the Court may take a different stance.

IT IS SO ORDERED.

                                                                                              :
                                                            Initials of Preparer         ib