UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM SADOWSKI, | ) | NO. CV 12-10623-PSG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RANDY GROUNDS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition is denied and dismissed with prejudice.

DATED: 8/12/16

PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE