UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SADOWSKI, | ) NO. CV 12-10623-PSG(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| RANDY GROUNDS, Warden, | ) |
| Respondent. | ) |

In accordance with the Order filed concurrently herewith, IT IS ADJUDGED that Petitioner's motion for a stay under Rhines v. Weber, 544 U.S. 269 (2005) is denied, and this Court's June 19, 2015 "Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge" is reimposed.

DATED: 2/1, 2019.

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE